JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIFREIGHT, INC. dba LOGISTICS TEAM,<br><br>           Plaintiff,<br><br>    v.<br><br>BELACON PALLET SERVICES, LLC,<br><br>           Defendant. | CV 15-05607-RSWL-JPRx<br><br>**ORDER** granting Defendant's Motion to Dismiss or Transfer [12] |

    The Court is in receipt of the Joint Report Regarding Status of Florida Action [24] ("Joint Report"). On November 10, 2015, this Court stayed these proceedings pending the Florida district court's ruling on the Motion to Dismiss the first-filed Florida action [21].

    On March 26, 2016, the United States District Court for the Northern District of Florida denied the Motion

1

to Dismiss filed in <u>Belacon Pallet Services, LLC v. Amerifreight, Inc.</u>, No. 15-cv-00191-MW-GRJ.

    Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:** Defendant Belacon Pallet Services, LLC's Motion to Dismiss [12] is **GRANTED** on the grounds set forth in this Court's Order re: Defendant's Motion to Dismiss or Transfer [21].  The Court finds that dismissal is warranted by virtue of the first to file rule, and **DISMISSES** Plaintiff Amerifreight, Inc.'s action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: April 13, 2016        s/ RONALD S.W. LEW

                                 **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge